UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID MAGEE, JR.,

    Plaintiff,

v().  CAUSE NO.: 3:18-CV-966-DRL-MGG

WARDEN LAWSON,

    Defendant.

### ORDER

Mail sent to David Magee, Jr., a prisoner without a lawyer, was returned. ECF 41. On both his complaint and amended complaint, Magee declared under penalty of perjury that he would "promptly notify the court of any change of address." ECF 1 at 9 and ECF 8 at 5. "The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address . . . ." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark omitted). For these reasons, David Magee, Jr., is ORDERED to SHOW CAUSE by **September 19, 2019**, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). He is CAUTIONED if he does not respond by the deadline, this case may be dismissed without further notice.

    SO ORDERED this August 30, 2019.

                                                  s/Michael G. Gotsch, Sr.
                                                  Michael G. Gotsch, Sr.
                                                  United States Magistrate Judge