UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID MAGEE, JR.,

    Plaintiff,

v.                                     CAUSE NO. 3:18-CV-966-DRL-MGG

WARDEN LAWSON,

    Defendant.

## ORDER

David Magee, Jr., a prisoner without a lawyer, was granted until September 19, 2019, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). ECF 42. He was cautioned, if he did not respond by the deadline, this case could be dismissed without further notice. *Id.* The deadline has passed, and he has not responded. Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

October 4, 2019                                     *s/ Damon R. Leichty*
                                                            Judge, United States District Court